USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

JIM METELLUS,

Plaintiff,

-against-

STEVE MADDEN LTD.,

Defendant.

-------------------------------------------------------------X

1:26-cv-2696-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

As stated on the record during the telephone conference held on July 17, 2026, Defendant's motion to dismiss as to election of remedies and failure to exhaust is due by August 14, 2026; Plaintiff's opposition is due three weeks after the date of service of Defendant's motion; and Defendant's reply, if any, is due one week after the date of service of Plaintiff's opposition.

For the reasons also stated on the record during the telephone conference, discovery in this matter is stayed pending resolution of Defendant's anticipated motion to dismiss. And the initial pretrial conference scheduled for August 18, 2026 is adjourned *sine die*.

SO ORDERED.

Dated: July 17, 2026
New York, New York

GREGORY H. WOODS
United States District Judge